**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61810-MIDDLEBROOKS

ELSA DEL CARMEN REYES JOYA,

      Petitioner,

v.

TODD BLANCHE, et al.,

      Respondents.

_____/

## ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE AND CLOSING CASE

THIS CAUSE comes before the Court on Petitioner's Voluntary Dismissal of Writ of Habeas Corpus, filed on July 7, 2026. (DE 6). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the petitioner may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Respondents have served neither. Accordingly, it is **ORDERED** that:

1. The referral of this matter to Magistrate Judge Panayotta D. Augustin-Birch (DE [3]) is hereby **WITHDRAWN**.

2. This case is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk of Court shall **CLOSE THIS CASE.**

4. All pending motions are **DENIED AS MOOT.**

      **SIGNED** in Chambers, at West Palm Beach, Florida, this 9th day of July, 2026.

Donald M. Middlebrooks
United States District Judge